UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMOS JONES, | CASE NO. CV 06-361 GAF (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| G.J. GIURBINO, Warden, | |
| Respondent. | |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 18, 2011

GARY A. FEESS
United States District Judge